# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-2499__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: International Lonshoremen's Association, AFL-CIO, Harold J. Daggett, Stephen Knott, Gerald Owens, Benny Holland, and John D. Baker _as the_
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_Kevin J. Marrinan (JS)_
(signature)

Kevin J. Marrinan
Name (printed or typed)

Marrinan & Mazzola Mardon, P.C.
Firm Name (if applicable)

26 Broadway, 17th Floor

New York, NY 10004
Address

212-425-3240
Voice Phone

212-943-6649
Fax Number

kmarrinan@mmmpc.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __December 5, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Bruce M. Luchansky, Esq.
Luchansky Law
606 Bosley Avenue, Suite 3B
Towson, Maryland 21204
lucky@luchanskylaw.com

Kenneth A. Sprang, Esq.
Washington International Business Counsel, LLP.
2 Wisconsin Circle, Suite 700
Chevy Chase, Maryland 20815
ksprang@wibclaw.com

_[signature]_
Signature

December 5, 2015
Date

05/07/2014
SCC