FILED: January 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2499
(1:15-cv-00813-CCB)

_____

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 333; RIKER J. MCKENZIE, JR.; EZEKIEL GIVENS; AVON ALLISON; DERRICK ARTER; JAMES ANDERSON; RASUL A. AQUIL; ANDRE BENNETT; STANLEY BERRY; ALBERT JASON BOYD; GARY D. BREWINGTON; PAUL J. BRISCOE; KENNARD BROWN; QUANTA BROWN; MOAB BROWN-BEY; GARY KENNETH BURRELL; SHERMAN CANNON; JEROME CARTER; STACEY M. CHASE; CHRISTOPHER COLBERT; CARYN J. CONYERS; ANTIONE CRAWFORD; CULMER BARRY, JR.; RICHARD DANIEL; PRENTICE DENNIS; CHRISTOPHER DUNNOCK; ERIC DUVALL, SR.; ERIC DUVALL, JR.; JOHN D. EATON; KEITH FERGUSON; DAMON FLEARY, SR.; ERIKA GAINES; TODD A. GALLOWAY; NATHAN GILMER; SCOTT L. GIVENS; AMANDA GRAVES; JOSEPH B. GREEN, JR.; TEION HAIRSTON; TAAVON HALL; KEASHA HANNAH; JOSEPH A. HARDEN, IV; DIANE HIBLER; DOMENIQUE HOLDEN; SHAWN JACKSON; CARL LEE JOHNSON, JR.; CHARLES JOHNSON; MARIO JOHNSON, JR.; MAURICE JOHNSON; CALVIN E. JONES; GEORGE JONES; WAYNE JONES; PARKER RAY KEY; STEVEN KNIGHT; MARCEL LARKINS; CHARMAINE V. LITTLE; DERICK LITTLE; EUGENE N. LITTLE; TERRY LONG; RODNEY K. MARTIN; JAMES LAMONT MCNAIR; STEVEN B. MILLER, SR.; WALTER C. MOORE; ANWAR MUHAMMAD; DANA MUNDELL; GREGORY JEROME MURRAY; KEVIN MYRICK; CHARLES NELSON, JR.; NATHANIEL L. PRYOR, JR.; TYRONE E. QUEEN, SR.; EMANUEL Q. REED; ALISHA RHODES; MARCUS RICHARDSON; MAURICE SHERROD; VON A. SIMON; EVERETT J SMITH; RANDOLPH SMITH; ANDREW SMITHSON, SR.; BOBBY SYDNOR; KELLY TOREZ TALBERT; ALLEN R. TAYLOR; DELVIN THOMPSON; KEVIN TUCKER; HAYWARD WALLACE; PHILLIP WEST; FREDERICK WHITE; DANTE WILLIAMS; HARRISON WILLIAMS; REGINALD JEROME WILSON; RANDY WRIGHT; JOSEPH EVANS; DARYL ESTEP; ERIC RIDGEWAY; JAMAL EVANS; LAMONT COGER; ALPHONSO WATSON; MAURQUISE

MOODY; MAURICE MOODY; JARMALL MCKEEVER; AARON BARNETT; SEMAJ WASHINGTON; RONALD MCBRIDE

    Plaintiffs - Appellants

v.

INTERNATIONAL LONGSHOREMEN ASSOCIATION, AFL-CIO; HAROLD J. DAGGETT; BENNY HOLLAND, JR.; STEPHEN KNOTT; GERALD OWENS; JOHN D. BAKER; STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INCORPORATED

    Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/20/2016

Opening brief due: 01/20/2016

Response brief due: 02/25/2016

Any reply brief: 14 days from service of response brief.

                        For the Court--By Direction

                        /s/ Patricia S. Connor, Clerk