FILED:  February 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2499
(1:15-cv-00813-CCB)

_____

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 333;
RIKER J. MCKENZIE, JR.; EZEKIEL GIVENS; AVON ALLISON; DERRICK
ARTER; JAMES ANDERSON; RASUL A. AQUIL; ANDRE BENNETT;
STANLEY BERRY; ALBERT JASON BOYD; GARY D. BREWINGTON;
PAUL J. BRISCOE; KENNARD BROWN; QUANTA BROWN; MOAB
BROWN-BEY; GARY KENNETH BURRELL; SHERMAN CANNON;
JEROME CARTER; STACEY M. CHASE; CHRISTOPHER COLBERT;
CARYN J. CONYERS; ANTIONE CRAWFORD; CULMER BARRY, JR.;
RICHARD DANIEL; PRENTICE DENNIS; CHRISTOPHER DUNNOCK; ERIC
DUVALL, SR.; ERIC DUVALL, JR.; JOHN D. EATON; KEITH FERGUSON;
DAMON FLEARY, SR.; ERIKA GAINES; TODD A. GALLOWAY; NATHAN
GILMER; SCOTT L. GIVENS; AMANDA GRAVES; JOSEPH B. GREEN, JR.;
TEION HAIRSTON; TAAVON HALL; KEASHA HANNAH; JOSEPH A.
HARDEN, IV; DIANE HIBLER; DOMENIQUE HOLDEN; SHAWN
JACKSON; CARL LEE JOHNSON, JR.; CHARLES JOHNSON; MARIO
JOHNSON, JR.; MAURICE JOHNSON; CALVIN E. JONES; GEORGE JONES;
WAYNE JONES; PARKER RAY KEY; STEVEN KNIGHT; MARCEL
LARKINS; CHARMAINE V. LITTLE; DERICK LITTLE; EUGENE N.
LITTLE; TERRY LONG; RODNEY K. MARTIN; JAMES LAMONT MCNAIR;
STEVEN B. MILLER, SR.; WALTER C. MOORE; ANWAR MUHAMMAD;
DANA MUNDELL; GREGORY JEROME MURRAY; KEVIN MYRICK;
CHARLES NELSON, JR.; NATHANIEL L. PRYOR, JR.; TYRONE E. QUEEN,
SR.; EMANUEL Q. REED; ALISHA RHODES; MARCUS RICHARDSON;
MAURICE SHERROD; VON A. SIMON; EVERETT J SMITH; RANDOLPH
SMITH; ANDREW SMITHSON, SR.; BOBBY SYDNOR; KELLY TOREZ
TALBERT; ALLEN R. TAYLOR; DELVIN THOMPSON; KEVIN TUCKER;
HAYWARD WALLACE; PHILLIP WEST; FREDERICK WHITE; DANTE
WILLIAMS; HARRISON WILLIAMS; REGINALD JEROME WILSON;
RANDY WRIGHT; JOSEPH EVANS; DARYL ESTEP; ERIC RIDGEWAY;
JAMAL EVANS; LAMONT COGER; ALPHONSO WATSON; MAURQUISE

MOODY; MAURICE MOODY; JARMALL MCKEEVER; AARON BARNETT; SEMAJ WASHINGTON; RONALD MCBRIDE

       Plaintiffs - Appellants

v.

INTERNATIONAL LONGSHOREMEN ASSOCIATION, AFL-CIO; HAROLD J. DAGGETT; BENNY HOLLAND, JR.; STEPHEN KNOTT; GERALD OWENS; JOHN D. BAKER; STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INCORPORATED

       Defendants - Appellees

———————————————

O R D E R

———————————————

The court grants an extension of the briefing schedule as follows:

Response brief due: 03/03/2016

Any reply brief: 14 days from service of response brief.

              For the Court--By Direction

              /s/ Patricia S. Connor, Clerk