# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 333, *et al.*, | * | |
| | * | |
| Plaintiffs - Appellants, | * | Appeal No.: 15-2499; (1:15-cv-813) |
| v. | * | |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *et al.*, | * | |
| | * | |
| Defendants - Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANTS' RESPONSE TO
## MOTION FOR APPELLEES TO FILE SEPARATE BRIEF

Appellants, International Longshoremen's Association Local 333, Riker J. McKenzie, Ezekiel Givens, Ronald McBride, Lamont Coger, Daryl Estep, and the New Member Appellants (collectively, "Appellants"), by counsel, respond to the Motion for Appellees to File a Separate Brief. Appellants have no objection to Appellees filing separate Briefs.

Date:   March 7, 2016                                Respectfully submitted,

                                                     _____/s/_____
                                                     Bruce M. Luchansky (Bar No. 08439)
                                                     Luchansky Law
                                                     606 Bosley Avenue, Suite 3B
                                                     Baltimore, Maryland 21204
                                                     Telephone: 410-522-1020
                                                     Fax: 410-522-1021
                                                     *Attorney for Appellants*

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2016, a copy of the foregoing Appellants' Response to Motion for Appellees to File Separate Briefs was served electronically upon the following:

>John P. Sheridan, Esq.
>Kevin J. Marrinan, Esq.
>Marrinan & Mazzola Mardon, P.C.
>26 Broadway, 17th Floor
>New York, NY  10004
>(e) jsheridan@mmmpc.com
>(e) kmarrinan@mmmpc.com
>
>*Counsel for Appellees International Longshoremen Association, AFL-CIO, Harold J. Daggett, Benny Holland, Jr., Stephen Knott, Gerald Owens, John D. Baker*
>
>Michael J. Collins, Esq.
>Law Offices of Michael J. Collins PC
>104 Biter Lane
>Highland, Maryland 20777
>(e) michael@mjcollinslaw.com
>
>*Counsel for Appellee Steamship Trade Association Of Baltimore, Inc.*

          /s/
         Bruce M. Luchansky, Esq.